**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | * | **CIVIL ACTION** |
| **MCCOURT & SONS EQUIPMENT,** | * | |
| **INC.** | * | **NO.  17-7089** |
| Plaintiff, | * | |
| | * | **JUDGE** |
| Vs. | * | |
| | * | **MAGISTRATE** |
| **CENTRAL ROCK CORPORATION,** | * | |
| **SOUTHWINDS EXPRESS** | * | |
| **CONSTRUCTION, LLC, SCOTT** | * | |
| **MATERIALS, INC., AND FIRST NBC** | * | |
| **BANK HOLDING COMPANY** | * | |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**FEDERAL DEPOSIT INSURANCE CORPORATION'S MOTION TO STAY ACTION**
**PENDING EXHAUSTION**
**OF ADMINISTRATIVE REMEDIES**

COMES NOW, the Federal Deposit Insurance Corporation, as Receiver for First NBC Bank, New Orleans, LA (the "FDIC-R"), and pursuant to 12 U.S.C. § 1821(d)(12) hereby moves this Court to stay this action for 180 days pending all parties' exhaustion of their administrative remedies set forth in section 1821 of the Financial Institutions Reform, Recovery and Enforcement Act of 1989 ("FIRREA" or the "Act"), or, in the alternative, for a stay of 90 days as mandated by the statute. Section 1821(d)(12) of FIRREA provides that, after its appointment as receiver for a failed institution, the FDIC-R may request a stay of 90 days of any judicial proceeding to which the failed institution is a party and, upon such request, "the court shall grant such stay as to all parties." 12 U.S.C. § 1821(d)(12)(A)-(B).

Thus, the 90 day stay requested herein is mandatory. As explained in the accompanying memorandum of law, the FDIC-R is requesting to stay this case for 180 days to allow the Plaintiff and all other parties with potential claims against First NBC Bank to comply with the

1

mandatory claim administrative review process set forth in section 1821(d)(3)-(5) of FIRREA. The FDIC-R has mailed notices (#NS1052600882) setting out the administrative claims process and the claims bar date as required by 12 U.S.C. § 1821(d)(3)(C).

WHEREFORE, for the reasons stated above, the FDIC-R respectfully requests that the Court enter an order staying this action for a period of 180 days commencing on the date such order is entered, or, in the alternative, for 90 days as required under 12 U.S.C. § 1821(d)(12)(B), and granting such other relief as is just and proper.

Respectfully submitted,

**AARON & GIANNA, PLC**

s/ DeWayne L. Williams
WILLIAM D. AARON, JR. (LSBA #2267)T.A.
DeWAYNE L. WILLIAMS (LSBA #27685)
ANNA RAINER (LSBA #31531)
AARON & GIANNA, PLC
201 St. Charles Ave., Suite 3800
New Orleans, LA 70170
Telephone:  (504) 569-1800
Facsimile: (504) 569-1801
Email: waaron@aarongianna.com
        dwilliams@aarongianna.com
        arainer@aarongianna.com

*Attorneys for FDIC-R, as Receiver*

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on the <u>31st</u> day of July, 2017, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system. I further certify that I served a copy of the foregoing Notice of Removal on counsel for Plaintiff by depositing same in the United States Mail, postage pre-paid and properly addressed, and/or via facsimile transmission, and/or via email transmission. I further certify that a copy of this Notice of Removal is being filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, where the underlying action is pending.

        <u>  */s/ DeWayne L. Williams*  </u>